USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/21/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

AMADOU KONE,

                                              Plaintiff,

-against-

THE CITY OF NEW YORK, KARL KINDRED, JOSH KAVENEY, and "JOHN DOE" #1-8,

                                              Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 4927 (AT)(AJP)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

    1. The above-referenced action is hereby dismissed with prejudice; and

[THE REST OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement dated August 21, 2013 reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       **August 21**, 2013

Eugene M. Bellin, Esq.
233 Broadway- Suite 2201
New York, NY 10279
(212) 267-9100
*Attorney for Plaintiff*

By: *Eugene M. Bell*
    Eugene Bellin, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants The City of New York,
Sergeant Karl Kindred and Detective Josh
Kaveney*
100 Church Street
New York, New York 10007
(212) 356-2370

By: _____
    James F. Desmond, Jr.
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ANALISA TORRES
UNITED STATES DISTRICT JUDGE

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York